# COMMONWEALTH COURT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| Miller v. Davies Ford, Inc. . . . . . . | 1654CD15 | 09/01/2016 | Washington County 2012–19 | Reversed and Remanded |
| Pitts v. Naji . . . . . . . . . . . . . . . . . . . | 2094CD15 | 09/06/2016 | Clearfield County 2015–1510–CD | Affirmed |
| Montessori Regional Charter School v. Millcreek Township School District . . . . . . . . . . . . . . | 248CD16 | 09/07/2016 | Erie County 12342–2015 | Vacated and Remanded |
| Barnes v. Comm. of PA . . . . . . . . . | 1300CD15 | 09/08/2016 | Dauphin County 2015–CV–2220 LS | Reversed |
| Pennsylvania State Police v. Big D Restaurants, LLC . . . . . . . . . . | 2706CD15 | 09/08/2016 | Allegheny County SA–14–796 | Reversed |
| Comm. of PA v. John . . . . . . . . . . . | 1526 CD 15, 1455 CD 15 | 09/08/2016 | Clarion County CP–16–SA–0000001– 2015 CP–16–SA–0000002– 2015 | Affirmed |
| Tancredi v. The Zoning Hearing Board of Lower Milford Township . . . . . . . . . . . . . . . . . . . . . . . | 1599CD14 | 09/08/2016 | Lehigh County 2014–C–341 | Reversed |
| Dardanell v. Comm. of PA . . . . . . | 316CD16 | 09/09/2016 | Lawrence County SA 631 of 2014 | Reversed and Remanded |
| Vollman v. Comm of PA . . . . . . . . | 1663CD15 | 09/12/2016 | Lackawanna County 2015–CV–3637 | Reversed |
| Khan v. City of Philadelphia . . . . | 1616CD15 | 09/12/2016 | Philadelphia County September Term, 2014 No. 2363 | Affirmed |
| Glassic v. Stillwater Lakes Civic Association, Inc. . . . . . . . . . . . . . | 1973CD15 | 09/14/2016 | Lehigh County 2014–C–1934 | Affirmed |